IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JASON FERGUSON,

    Petitioner,                                CASE NO. 2:09-CV-138
                                                  JUDGE GRAHAM
v.                                                  MAGISTRATE JUDGE ABEL

TIMOTHY BRUNSMAN, Warden,

    Respondent.

## OPINION AND ORDER

On October 28, 2010, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 be dismissed. Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED.**  This action is hereby **DISMISSED.**

        It is so **ORDERED.**

                                                          s/ James L. Graham
                                                          JAMES L. GRAHAM
                                                          United States District Judge

**DATE**: December 9, 2010